UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CR259 JCH |
| ) | |
| JOHN D. FARNELL, ) | |
| ) | |
| Defendant(s). ) | |

### **ORDER**

This matter is before the Court on Defendant's pre-trial Motion to Suppress Physical Evidence and Motion to Suppress Statements. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David D. Noce, who filed a Report and Recommendation on November 8, 2011. (ECF No. 92). Defendant John Farnell submitted objections thereto on November 25, 2011. (ECF No. 97).

In his Report and Recommendation, Magistrate Judge Noce recommends that Defendant's motions be denied. After de novo review of the entire record in this matter, this Court adopts the Magistrate Judge's recommendation that Defendant's motions be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 92) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Physical Evidence (ECF No. 73) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements (ECF No. 74) is **DENIED**.

Dated this  29th    day of November, 2011.

                                             /s/Jean C. Hamilton  
                                             UNITED STATES DISTRICT JUDGE